# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| RCS CAPITAL CORPORATION, et al., | ) ) ) | Case No. 16-10223 (MFW) |
|  | ) ) | Jointly Administered |
| Debtors.[1] | ) ) |  |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 16, 2016 AT 10:30 A.M. (ET)

### ADJOURNED MATTER

1. Debtors' Application for an Order Authorizing the Retention and Employment of KPMG LLP as Tax and Accounting Consultants to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 232, 2/26/16]

    Response Deadline:    March 9, 2016 at 4:00 p.m. (ET); extended until March 10, 2016 at 4:00 p.m. (ET) for the United States Trustee

    Responses Received:

    A.    Informal Response of the United States Trustee

    Related Documents:

    B.    Supplemental Declaration of Howard Steinberg in Support of the Debtors' Application to Retain and Employ KPMG LLP as Tax and Accounting Consultants, *Nunc Pro Tunc* to the Petition Date [D.I. 283, 3/10/16]

    C.    Certification of Counsel [D.I. 289, 3/11/16]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas, Inc. (9203); SK Research, LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785). The Debtors' corporate headquarters and mailing address is located at 405 Park Avenue, 12th Floor, New York, NY 10022.

[2] **Amended items appear in bold.**

01:18436804.2

    D.    Notice of Withdrawal of Docket No. 289 [D.I. 297, 3/14/16]

Status: The Debtors and KPMG are continuing to work with the United States Trustee to resolve its informal response. In the event that a resolution is reached, the Debtors anticipate submitting a revised proposed order under certification of counsel. This matter is adjourned until April 11, 2016 at 10:30 a.m. (ET).

**MATTER UNDER CERTIFICATION:**

2. Debtors' Second Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to February 24, 2016 for the Schedule 1 Contracts and February 11, 2016 for the Schedule 2 Contracts [D.I. 218, 2/24/16]

    Response Deadline:    March 9, 2016 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

        A.    Certification of Counsel [D.I. 296, 3/14/16]

        B.    Proposed Order

    Status:    A Certification of Counsel has been filed. No hearing is required.

**MATTERS GOING FORWARD**

3. Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume the Restructuring Support Agreement [D.I. 19, 2/1/16] *and* Supplement to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume the Restructuring Support Agreement and Authorizing the Debtors to Enter into Amendment No. 1 to the Restructuring Support Agreement and Related Exit Financing Letters [D.I. 219, 2/24/16]

    Response Deadline:    March 9, 2016 at 4:00 p.m. (ET)

    Responses Received:

        A.    Objection of the United States Trustee [D.I. 273, 3/9/16]

        B.    Statement of the Official Committee of Unsecured Creditors [D.I. 276, 3/9/16]

Related Documents:

    C.    Notice of Hearing [D.I. 84, 2/3/16]

    D.    Steering Committee of First Lien Lenders' Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume the Restructuring Support Agreement and other Related Relief [D.I. 288, 3/11/16]

    E.    Ad Hoc Group of Second Lien Lenders Joinder to the Steering Committee of First Lien Lenders' Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume the Restructuring Support Agreement and other Related Relief [D.I. 291, 3/11/16]

    F.    Debtors' Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume the Restructuring Support Agreement and Authorize the Debtors to Enter into Amendment No. 1 of the Restructuring Support Agreement and Related Exit Financing Letters [D.I. 292, 3/11/16]

    G.    Joinder of Barclays Bank PLC to (A) Debtors' Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume the Restructuring Support Agreement and Authorizing the Debtors to Enter Into Amendment No. 1 of the Restructuring Support Agreement and Related Exit Financing Letters and (B) Steering Committee of First Lien Lenders' Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume the Restructuring Support Agreement and Other Related Relief [D.I. 294, 3/11/16]

    **H.**    **Order on Motion of Luxor Capital Group, L.P. and Certain of Its Affiliates Pursuant to Fed. R. Bank. P. 9006(b) and 11 U.S.C. §105(a) to Extend the Time to File Reply With Respect to Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume the Restructuring Support Agreement [D.I. 302, 3/14/16]**

    **I.**    **Statement of Luxor Capital Group LP in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume the Restructuring Support Agreement and Authorizing the Debtors to Enter Into Amendment No. 1 of the Restructuring Support Agreement and Related Exit Financing Letters and Reply to Objections Thereto [D.I. 304, 3/14/16]**

Status:    The Debtors have revised the proposed form of order on account of certain comments received from the Official Committee of Unsecured Creditors, and have been advised that the revised proposed order is acceptable to the

01:18436804.2

3

        Committee. This matter is going forward on a contested basis with respect to the objection of the United States Trustee.

4. **Debtors' Motion for an Order Authorizing the Debtors to Continue to Honor in the Ordinary Course of Business Certain Non-Insider Bonus and Retention Obligations [D.I. 215, 2/24/16]**

   Response Deadline: March 9, 2016 at 4:00 p.m. (ET); extended until March 10, 2016 at 4:00 p.m. (ET) for the United States Trustee and until March 11, 2016 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

   Responses Received:

       A.    Informal Response of the United States Trustee

       B.    Informal Response of the Official Committee of Unsecured Creditors

   Related Documents:

       C.    Declaration of David Orlofsky, Chief Restructuring Officer of RCS Capital Corporation, In Support of the Debtors' Motion for an Order Authorizing the Debtors to Continue to Honor in the Ordinary Course of Business Certain Non-Insider Bonus and Retention Obligations [D.I. 216, 2/24/16]

   Status: The Debtors have resolved the informal response of the Official Committee of Unsecured Creditors through certain revisions to the proposed form of order. In addition, the Debtors have resolved the informal response of the United States Trustee through the Debtors' agreement to make certain representations on the record at the hearing regarding the non-insider status of certain of the employees that are the subject of the motion. This matter is going forward on an uncontested basis.

5. **Debtors' Motion for an Order Authorizing the Debtors to Honor Certain Ordinary Course Bonus Obligations Under Certain Employment Agreements [D.I. 217, 2/24/16]**

   Response Deadline: March 9, 2016 at 4:00 p.m. (ET); extended until March 10, 2016 at 4:00 p.m. (ET) for the United States Trustee and until March 11, 2016 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:

    A.    Objection of the United States Trustee [D.I. 282, 3/10/16]

    B.    Informal Response of the Official Committee of Unsecured Creditors

Related Documents:

    **C.**    **Motion for an Order Granting Debtors Leave and Permission to File Debtors' Reply in Support of the Debtors' Motion for an Order Authorizing the Debtors to Honor Certain Ordinary Course Bonus Obligations Under Certain Employment Agreements [D.I. 307, 3/15/16]**

    **D.**    **Declaration of David Orlofsky, Chief Restructuring Officer of RCS Capital Corporation, in Support of the Debtors' Motion for an Order Authorizing the Debtors to Honor Certain Ordinary Course Bonus Obligations Under Certain Employment Agreements [D.I. 308, 3/15/16]**

Status:    The Debtors have resolved the informal response of the Official Committee of Unsecured Creditors through certain revisions to the proposed form of order**, a redlined copy of which is attached to the Debtors' reply**.  This matter is going forward on a contested basis with respect to the objection of the United States Trustee, and the Debtors **have filed** a reply **(attached to Item C above)** and a declaration with respect to the objection.

Dated: March 15, 2016    YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, DE

*/s/ Robert F. Poppiti, Jr.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256

-and-

        DECHERT LLP
        Michael J. Sage (*admitted pro hac vice*)
        Shmuel Vasser (*admitted pro hac vice*)
        Stephen M. Wolpert (*admitted pro hac vice*)
        Andrew C. Harmeyer (*admitted pro hac vice*)
        1095 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 698-3500
        Facsimile: (212) 698-3599

        *COUNSEL TO THE DEBTORS AND*
        *DEBTORS-IN-POSSESSION*