# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RCS CAPITAL CORPORATION | | |
| **Case Number:** | 16-10223-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 16, 2016 10:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matters:*

1) Omnibus
   **R / M #:**   309 / 0

2) Special hearing on Motion to Assume the RSA
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
   Item 1 - Continued
   Item 2 - Order entered under Certification of Counsel
   Item 3 - Order entered
   Item 4 - Order entered
   Item 5 - Order due under Certification of Counsel