## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RCS CAPITAL CORPORATION, *et. al.* | Case No. 16-10223 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket Nos. 688, 703, and 727** |

## NOTICE OF FILING OF FURTHER AMENDED
## EXHIBIT 8 (THE CREDITOR TRUST AGREEMENT) TO
## THE AMENDED PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that, on May 3, 2016, the RCS Debtors filed the *Third Amended Joint Plan of Reorganization for RCS Capital Corporation and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 688] (including all exhibits thereto and as amended, modified, or supplemented from time to time, the "**Third Amended RCS Plan**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Third Amended RCS Plan, on May 3, 2016, the RCS Debtors filed the *Amended Plan Supplement for Third Amended Joint Plan of Reorganization for RCS Capital Corporation and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 703] (the "**Amended Plan Supplement**").

---

[1]  The "**RCS Debtors**" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas, Inc. (9203); SK Research, LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785).

The "**Cetera Debtors**" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Cetera Advisor Networks Insurance Services LLC (2417); Cetera Advisors Insurance Services LLC (5434); Cetera Financial Group, Inc. (8666); Cetera Financial Holdings, Inc. (8663); Cetera Financial Specialists Services LLC (7737); Cetera Insurance Agency LLC (0645); Chargers Acquisition, LLC (6470); FAS Holdings, Inc. (7417); First Allied Holdings Inc. (7319); ICC Insurance Agency, Inc. (9587); Investors Capital Holdings, LLC (3131); Legend Group Holdings, LLC (8262); SBS Financial Advisors, Inc. (None Assigned); SBS Insurance Agency of Florida, Inc. (5829); SBS of California Insurance Agency, Inc. (5203); Summit Capital Group, Inc. (3015); Summit Financial Services Group, Inc. (7932); Summit Holding Group, Inc. (3448); and VSR Group, LLC (0470).

The RCS Debtors' corporate headquarters and mailing address is located at 245 Park Avenue, 39th Floor, New York, NY 10167.  Correspondence directed to the Cetera Debtors in relation to these chapter 11 cases may be sent to this same address.  As used herein, the term "**Debtors**" refers to both the RCS Debtors and Cetera Debtors.

**PLEASE TAKE FURTHER NOTICE** that, on May 9, 2016, the RCS Debtors filed the *Fourth Amended Joint Plan of Reorganization for RCS Capital Corporation and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 727] (including all exhibits thereto and as amended, modified, or supplemented from time to time, the "**Fourth Amended RCS Plan**").

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Fourth Amended RCS Plan, the RCS Debtors hereby file a further amended exhibit 8 (the Creditor Trust Agreement) to the Amended Plan Supplement, a copy of which is attached hereto as <u>Exhibit A</u>. For the convenience of the Court and interested parties, attached hereto as <u>Exhibit B</u> is a copy of the Creditor Trust Agreement marked against the version filed with the Amended Plan Supplement.

Dated:  May 9, 2016
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: */s/ Ian J. Bambrick*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

DECHERT LLP
Michael J. Sage
Shmuel Vasser
Stephen M. Wolpert
Janet Bollinger Doherty
1095 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

*Attorneys for the Debtors*

01:18636713.1