**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| RCS CAPITAL CORPORATION, et al., | ) | Case No. 16–10223 (MFW) |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |
|  | ) |  |

**AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned Chapter 11 cases.

On May 9, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Filing of Further Amended Exhibit 8 (The Creditor Trust Agreement) to the Amended Plan Supplement [Docket No. 735]

*[Remainder of page intentionally left blank]*

---

[1] The "**RCS Debtors**" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas, Inc. (9203); SK Research, LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785).

The "Cetera Debtors" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Cetera Advisor Networks Insurance Services LLC (2417); Cetera Advisors Insurance Services LLC (5434); Cetera Financial Group, Inc. (8666); Cetera Financial Holdings, Inc. (8663); Cetera Financial Specialists Services LLC (7737); Cetera Insurance Agency LLC (0645); Chargers Acquisition, LLC (6470); FAS Holdings, Inc. (7417); First Allied Holdings Inc. (7319); ICC Insurance Agency, Inc. (9587); Investors Capital Holdings, LLC (3131); Legend Group Holdings, LLC (8262); SBS Financial Advisors, Inc. (None Assigned); SBS Insurance Agency of Florida, Inc. (5829); SBS of California Insurance Agency, Inc. (5203); Summit Capital Group, Inc. (3015); Summit Financial Services Group, Inc. (7932); Summit Holding Group, Inc. (3448); and VSR Group, LLC (0470).

The RCS Debtors' corporate headquarters and mailing address is located at 245 Park Avenue, 39th Floor, New York, NY 10167. Correspondence directed to the Cetera Debtors in relation to these chapter 11 cases may be sent to this same address. As used herein, the term "Debtors" refers to the RCS Debtors and Cetera Debtors.

Dated: May 10, 2016

_____
Paul Pullo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 10, 2016, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2017

SRF 8106

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Cetera Top 20 | ALBRIDGE SOLUTIONS, INC | Attn: General Counsel or President<br>1009 Lennox Dr.<br>Suite 204<br>Lawrenceville NJ 08648 | fchimbangu@albridge.com | First Class Mail and Email |
| Cetera Top 20 | ALLIED TESTING LTD | Attn: General Counsel or President<br>2 PRESPAS STREET<br>OFFICE 603, 6TH FLOOR<br>AGIOI OMOLOGITIES NICOSIA CYPRUS | | First Class Mail |
| Counsel for Brian S. Block | Ballard Spahr LLP | Attn: Matthew G. Summers, Esq.<br>919 North Market Street, 11th Floor<br>Wilmington DE 19801 | summersm@ballardspahr.com | First Class Mail and Email |
| Cetera Top 20 | BEACON HILL STAFFING GROUP, LLC | Attn: General Counsel or President<br>152 Bowdoin St<br>Boston MA 02108 | | First Class Mail |
| Cetera Top 20 | BROADRIDGE FINANCIAL SOLUTIONS, INC | Attn: General Counsel or President<br>4725 Independence St.<br>Jersey City NJ 07306 | | First Class Mail |
| Cetera Top 20 | BROADRIDGE FINANCIAL SOLUTIONS, INC | Attn: General Counsel or President<br>PO BOX 416399<br>BOSTON MA 02241-6399 | | First Class Mail |
| Counsel to Wilmington Trust, National Association, Second Lien Agent | Covington & Burling, LLP | Attn: Ronald A. Hewitt, Esq., R. Alexander Clark Esq.<br>620 Eighth Avenue<br>New York NY 10018-1405 | rhewitt@cov.com<br>aclark@cov.com | First Class Mail and Email |
| Oklahoma Police Pension Fund and Retirement System and the City of Providence, Rhode Island | Cross & Simon, LLC | Attn: Christopher P. Simon<br>1105 North Market Street<br>Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com | First Class Mail and Email |
| Counsel to the Required Consenting Second Lien Lenders and Ad Hoc Group of Second Lien Lenders | Davis Polk & Wardell, LLP | Attn: Timothy Graulich, David Schiff, Natasha Tsiouris<br>450 Lexington Avenue<br>New York NY 10017 | timothy.graulich@davispolk.com<br>david.schiff@davispolk.com<br>natasha.tsiouris@davispolk.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept.<br>Carvel State Office Bldg.<br>820 N. French St. 6th Fl.<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French St.<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept.<br>820 Silver Lake Blvd.<br>Ste. 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Cetera Top 20 | ENVESTNET | Attn: General Counsel or President<br>35 E. Wacker Dr.<br>Suite 2400<br>Chicago IL 60601 | patrick.marr@envestnet.com | First Class Mail and Email |
| Financial Industry Regulatory Authority | FINRA | Attn: George Rodriguez, Principal Regulatory Coordinator<br>One World Financial Center<br>200 Liberty Street<br>New York NY 10281-1003 | george.rodriguez@finra.org<br>Heidi.udagawa@finra.org | First Class Mail and Email |
| Counsel for Canon Financial Services, Inc. | Fleischer, Fleischer & Suglia | Attn: Brian M. Fleischer, Esq., Nicola G. Suglia, Esq.<br>Plaza 1000 at Main Street<br>Ste 208<br>Voorhees NJ 08043 | | First Class Mail |
| Counsel to Wilmington Trust, National Association, Second Lien Agent | Fox Rothschild, LLP | Attn: Jeffrey Schlerf, Esq., L. John Bird, Esq.<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington DE 19899-2323 | jschlerf@foxrothschild.com<br>lbird@foxrothschild.com | First Class Mail and Email |
| Cetera Top 20 | GENPACT INTERNATIONAL INC | Attn: General Counsel or President<br>42 Old Ridgebury Rd.<br>First Floor<br>Danbury CT 06810 | alvaro.ocasio@genpact.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Gibson, Dunn & Crutcher, LLP | Attn: Daniel B. Denny, Esq.<br>333 South Grand Avenue<br>Los Angeles CA 90071 | ddenny@gibsondunn.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Gibson, Dunn & Crutcher, LLP | Attn: David M. Feldman, Esq., Matthew K. Kelsey, Esq.<br>200 Park Avenue<br>New York NY 10166 | dfeldman@gibsondunn.com<br>mkelsey@gibsondunn.com | First Class Mail and Email |
| Counsel for MPAP Holdings, LLC | Haynes and Boone, LLP | Attn: Keith N. Sambur<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | keith.sambur@haynesboone.com | First Class Mail and Email |
| Cetera Top 20 | HELIOS AND MATHESON ANALYTICS INC. | Attn: General Counsel or President<br>350 Fifth Avenue<br>Suite 7520<br>New York NY 10118 | jjudenberg@hmny.com | First Class Mail and Email |
| Cetera Top 20 | INCEDO INC | Attn: General Counsel or President<br>845 Third Ave.<br>Sixth Floor<br>New York NY 10022 | rena.nigam@incedoinc.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St.<br>Mail Stop 5, Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Klehr Harrison Harvey Branzburg, LLP | Attn: Richard M. Beck, Esq., Domenic E. Pacitti, Esq., Sally E. Veghte, Esq.<br>919 N. Market St.<br>Suite 1000<br>Wilmington DE 19801 | rbeck@klehr.com<br>sveghte@klehr.com | First Class Mail and Email |
| Oklahoma Police Pension Fund and Retirement System and the City of Providence, Rhode Island | Labaton Sucharow, LLP | Attn: Ira A. Schochet, Eric D. Gottlieb<br>140 Broadway<br>New York NY 10005 | ischochet@labaton.com | First Class Mail and Email |
| Counsel to the Required Consenting Second Lien Lenders | Landis Rath & Cobb, LLP | Attn: Adam Landis, Matthew McGuire<br>919 N. Market St. Ste. 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com | First Class Mail and Email |
| Cetera Top 20 | LIVE OFFICE | Attn: General Counsel or President<br>2780 Skypark Dr.<br>Suite 300<br>Torrance CA 90505 | samuel.deese@veritas.com | First Class Mail and Email |
| Cetera Top 20 | LOGIN CONSULTING SERVICES INC | Attn: General Counsel or President<br>300 N. Continental Blvd.<br>El Segundo CA 90245 | dana.dolin@loginconsult.com | First Class Mail and Email |
| Oklahoma Police Pension Fund and Retirement System and the City of Providence, Rhode Island | Lowenstein Sandler, LLP | Attn: Michael S. Etkin, Andrew Behlmann<br>65 Livingston Avenue<br>Roseland NJ 07068 | metkin@lowenstein.com<br>abehlmann@lowenstein.com | First Class Mail and Email |
| Mike Bazley, Creditor | Michael Bazley | FBN AX6869<br>CMF PO Box 2500<br>Vacaville CA 95696 | | First Class Mail |
| Counsel for RSM US, LLP | Morris James, LLP | Attn: Carl N. Kunz, III, Esquire<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | ckunz@morrisjames.com | First Class Mail and Email |
| Cetera Top 20 | NIIT TECHNOLOGIES, INC | Attn: General Counsel or President<br>1050 Crown Pointe Parkway<br>Suite 500<br>Atlanta GA 30338 | nirod.kumar@niit-tech.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda J. Casey<br>844 King St.<br>Ste. 2207<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | First Class Mail and Email |
| Cetera Top 20 | OPTOMI | Attn: General Counsel or President<br>500 Colonial Center Parkway<br>Suite 140<br>Roswell GA 30076 | courtneystarling@optomi.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Cetera Top 20 | POMEROY IT SOLUTIONS SALES COMPANY INC | Attn: General Counsel or President<br>1020 Petersburg Rd.<br>Hebron KY 41048 | toby.muninger@pomeroy.com | First Class Mail and Email |
| Counsel for RSM US, LLP | Poyner Spruill, LLP | Attn: Lisa P. Sumner<br>301 Fayetteville Street<br>Suite 1900<br>Raleigh NC 27601 | lsumner@poynerspruill.com | First Class Mail and Email |
| Cetera Top 20 | PRICEWATERHOUSECOOPERS | Attn: General Counsel or President<br>300 Madison Avenue<br>24th Floor<br>New York NY 10017 | | First Class Mail |
| Top 30 Creditor | Proskauer Rose, LLP | Attn: Jeffrey W. Levitan, Esq.<br>Eleven Times Square<br>New York NY 10036 | info@proskauer.com<br>JLevitan@proskauer.com | First Class Mail and Email |
| Cetera Top 20 | RANDSTAD TECHNOLOGIES, LP | Attn: General Counsel or President<br>2015 S. Park Place<br>Atlanta GA 30339 | | First Class Mail |
| Cetera Top 20 | RANDSTAD TECHNOLOGIES, LP | Attn: General Counsel or President<br>PO BOX 416692<br>BOSTON MA 02241-6692 | | First Class Mail |
| Counsel to the Barclays Bank, PLC, First Lien Agent | Richards, Layton & Finger, PA | Attn: Mark D. Collins, Brendan J. Schlauch<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>schlauch@rlf.com | First Class Mail and Email |
| Cetera Top 20 | ROBERT HALF | Attn: General Counsel or President<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | | First Class Mail |
| Cetera Top 20 | RR DONNELLEY FINANCIAL, INC | Attn: General Counsel or President<br>35 West Wacker Drive<br>Chicago IL 60601 | | First Class Mail |
| Cetera Top 20 | RR DONNELLEY FINANCIAL, INC | Attn: General Counsel or President<br>PO BOX 100112<br>PASADENA CA 91189 | | First Class Mail |
| Oklahoma Police Pension Fund and Retirement System and the City of Providence, Rhode Island | Scott & Scott, Attorneys at Law, LLP | Attn: Deborah Clark-Weintraub, Max Schwartz<br>405 Lexington Ave.<br>40th Fl.<br>New York NY 10174 | dweintraub@scott-scott.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St. N.E.<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept. One Penn Center 1617 JFK Blvd. Ste. 520 Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission | Securities and Exchange Commission | Attn: Timothy C. Fox, Branch Chief Division of Trading and Markets 100 F St. N.E. Washington DC 20549 | Foxt@sec.gov | First Class Mail and Email |
| Counsel to the Barclays Bank, PLC, First Lien Agent | Shearman & Sterling, LLP | Attn: Joel Moss, Randall Martin 599 Lexington Avenue New York NY 10022 | joel.moss@shearman.com randy.martin@shearman.com | First Class Mail and Email |
| Counsel for Brian S. Block | Steptoe & Johnson LLP | Attn: Joshua R. Taylor, Esq. 1330 Connecticut Avenue, NW Washington DC 20036 | jrtaylor@steptoe.com | First Class Mail and Email |
| Counsel for Brian S. Block | Steptoe & Johnson LLP | Attn: Michael G. Scavelli, Esq., Michael Campion Miller, Esq. 1114 Avenue of the Americas New York NY 10036 | mscavelli@steptoe.com mmiller@steptoe.com | First Class Mail and Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly c/o Ellen Slights 1007 Orange St. Ste. 700 PO Box 2046 Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Cetera Top 20 | VINCENTBENJAMIN GROUP, LLC | Attn: General Counsel or President 2325 E. Camelback Rd. Suite 570 Phoenix AZ 85016 | legal@vincentbenjamin.com | First Class Mail and Email |
| Cetera Top 20 | VISTA RESOURCE GROUP, LLC | Attn: General Counsel or President 4275 Executive Square Suite 200 La Jolla CA 92037 | rbuono@vistaresourcegroup.com contact@vistaresourcegroup.com | First Class Mail and Email |
| Cetera Top 20 | WINGET, SPADAFORA & SCHWARTZBERG | Attn: General Counsel or President 45 Broadway New York NY 10006 | | First Class Mail |
| Counsel for MPAP Holdings, LLC | Womble Carlyle Sandrige & Rice, LLP | Attn: Thomas M. Horan 222 Delaware Avenue Suite 1501 Wilmington DE 19801 | thoran@wcsr.com | First Class Mail and Email |