## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RCS CAPITAL CORPORATION, *et. al.* | Case No. 16-10223 (MFW) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| | **Re: Docket Nos. 850, 852, 853, 891, and 894** |

## ORDER APPROVING FINAL FEE APPLICATIONS OF THE PROFESSIONALS
## FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the final fee applications (collectively, the "Final Fee Applications") of the professionals retained by the Official Committee of Unsecured Creditors (collectively, the "Committee Professionals") in the above-captioned debtors cases (collectively, the "Debtors"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on an final basis; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, as

---

[1] The "**Reorganized RCS Debtors**" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation n/k/a Aretec Group, Inc. (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas, Inc. (9203); SK Research, LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785).

The "**Reorganized Cetera Debtors**" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Cetera Advisor Networks Insurance Services LLC (2417); Cetera Advisors Insurance Services LLC (5434); Cetera Financial Group, Inc. (8666); Cetera Financial Holdings, Inc. (8663); Cetera Financial Specialists Services LLC (7737); Cetera Insurance Agency LLC (0645); Chargers Acquisition, LLC (6470); FAS Holdings, Inc. (7417); First Allied Holdings Inc. (7319); ICC Insurance Agency, Inc. (9587); Investors Capital Holdings, LLC (3131); Legend Group Holdings, LLC (8262); SBS Financial Advisors, Inc. (None Assigned); SBS Insurance Agency of Florida, Inc. (5829); SBS of California Insurance Agency, Inc. (5203); Summit Capital Group, Inc. (3015); Summit Financial Services Group, Inc. (7932); Summit Holding Group, Inc. (3448); and VSR Group, LLC (0470).

The Reorganized RCS Debtors' corporate headquarters and mailing address is located at 200 North Sepulveda Blvd., Suite 1200, El Segundo, CA 90245, Attn. Legal Department. Correspondence directed to the Reorganized Cetera Debtors in relation to these chapter 11 cases may be sent to this same address. As used herein, the term "**Reorganized Debtors**" refers to the Reorganized RCS Debtors and the Reorganized Cetera Debtors.

well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notice of the Final Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.     The Final Fee Applications are hereby APPROVED on a final basis in the amounts set forth on Exhibit A attached hereto.

2.     The Committee Professionals are granted final allowance of compensation in the amounts set forth on Exhibit A attached hereto.

3.     The Committee Professionals are granted, on a final basis, reimbursement of expenses in the amounts set forth on Exhibit A attached hereto.

4.     The Debtors are authorized and directed, as provided herein, to remit payment to the Committee Professionals in the amounts set forth on Exhibit A attached hereto, less all amounts previously paid on account of such fees and expenses.

5.     This Order shall be deemed a separate order for each of the Committee Professionals, and the appeal of any order with respect to any of the Committee Professionals shall have no effect on the authorized final fees and final expenses of any of the other Committee Professionals.

PHIL1 5617903v.2

6.    This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: August 15, 2016
Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

PHIL1 5617903v.2