IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 16-10223 (MFW) |
| RCS CAPITAL CORPORATION, et al., | ) ) ) Jointly Administered ) |
| Reorganized Debtors.[1] | ) Ref. Docket Nos. 1128, 1157 and 1191 ) |

## SECOND ORDER SUSTAINING CREDITOR TRUST'S NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

Upon consideration of the *Creditor Trust's Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection") and the Jacobs Declaration; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefore; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    The Objection is SUSTAINED, as set forth herein.

---

[1] The "Reorganized Debtors" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation n/k/a Aretec Group, Inc. (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas, Inc. (9203); SK Research, LLC (4613); Trupoly, LLC (5836); We R Crowdfunding, LLC (9785). The Reorganized Debtors' corporate headquarters and mailing address is located at 200 North Sepulveda Blvd., Suite 1200, El Segundo, CA 90245 Attn: Legal Department.

2. As a settlement of all claims that have been or could be asserted by the Claimant against the Debtors, their estates and/or the RCS Creditor Trust, the Reduce and Allow Claim identified on **Annex A** to this Order is reduced and allowed in the amount identified under the column labeled "Modified Claim Amount" as set forth on **Annex A**.

3. Any and all rights of the RCS Creditor Trust or the Trust Administrator to amend, supplement or otherwise modify the Objection and to file additional objections to any and all claims filed in the Chapter 11 Cases, including, without limitation, the Disputed Claim, to the extent permitted, shall be reserved. Any and all rights, claims and defenses of the RCS Creditor Trust with respect to the Disputed Claim shall be reserved, and nothing included in or omitted from the Objection, this Order or **Annex A** hereto is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the RCS Creditor Trust with respect to the Disputed Claim.

4. Any and all rights, claims and defenses of the Reorganized Debtors and the Debtors' estates with respect to any claims, other than General Unsecured Claims, shall be reserved, and nothing included in or omitted from the Objection, this Order or **Annex A** hereto is intended, or shall be deemed, to be an allowance of, or impair, prejudice, waive or otherwise affect, any rights, claims, or defenses of the Reorganized Debtors and the Debtors' estates with respect to any such claims.

5. This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

*[Remainder of page left intentionally blank]*

Dated: July 21, 2017
Wilmington, Delaware

                                                         _____
                                                         The Honorable Mary F. Walrath
                                                         United States Bankruptcy Judge