## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RCS CAPITAL CORPORATION, *et al.,* | Case No. 16-10223 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| RCS Creditor Trust, Plaintiff, | |
| vs. | |
| William Francis Galvin, in his official capacity as Secretary of State of the Commonwealth of Mass., Enforcement Section of the Mass. Securities Division of the Office of the Secretary of the Commonwealth of Mass.; and the Commonwealth of Mass., | Adv. No. 18-50199 |
| Defendant. | |

## STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTION ASSIGNED TO THE HONORABLE MARY F. WALRATH

Pursuant to the Court's request, Plaintiff files the attached status report providing a status of the above referenced Adversary Action.

Dated: February 1, 2019

**ASHBY & GEDDES, P.A.**

By:   */s/ Benjamin W. Keenan*
Benjamin W. Keenan, Esq. (DE No. 4724)
David F. Cook, Esq. (DE No. 6352)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 654-1888
Email: bkeenan@ashby-geddes.com

---

1    The "RCS Debtors" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas Inc. (9203); SK Research LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785). The RCS Debtors' corporate headquarters and mailing address is located at 245 Parle Avenue, 39th Floor, New York, NY 10167.

*-and-*

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Gary Underdahl, Esq., MN SBN 0301693
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN   55121
Telephone: 651-406-9665
Email: gunderdahl@askllp.com

*-and-*

Edward E. Neiger, Esq.
ASK LLP
151 West 46th Street, 4th Floor
New York, NY   10036
Telephone: 212-267-7342
Email: eneiger@askllp.com

*Counsel for Alan M. Jacobs, as Creditor Trust
Administrator of The RCS Creditor Trust*

## STATUS "A"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |

* None

# STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "C"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED.   THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

# STATUS "D"
## PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant Name | Adversary Number | Status |
|---|---|---|

* None

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| William Francis Galvin, in his official capacity as Secretary of State of the Commonwealth of Mass., Enforcement Section of the Mass. Securities Division of the Office of the Secretary of the Commonwealth of Mass.; and the Commonwealth of Mass. | 18-50199 | The Parties have reached a settlement. Defendant is a state entity and will provide settlement funds at the end of their fiscal year which will be on or about June 30, 2019. Upon receipt of the settlement funds, Plaintiff will file a dismissal. |

* 1 Adversary Proceeding

## STATUS "F"

### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "G"
## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "H"
## CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

## STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

\* None

# Status "J"
## Cases Stayed by the Filing of Another Bankruptcy Action / Suggestion of Bankruptcy Filed or Required

| Defendant Name | Adversary Number | Status |
|---|---|---|

* None

# STATUS "K"
## CASES IN WHICH AN APPEAL IS PENDING

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None